UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SHERMAN BELL,

                                Plaintiff,

       -against-

P.O. KEVIN HIGBIE, P.O. MICHAEL MULLEN
And COUNTY OF NASSAU,

                            Defendants.
------------------------------------------------------------------------x

**17-CV-1911 (JFB))(SIL)**

**JOINT PROPOSED SCHEDULING ORDER**

Honorable Steven I. Locke:

**DEADLINES & COURT APPEARANCES**

    8/25/17     : Exchange of Rule 26(a)(1) disclosures

    9/25/17     : Service of first interrogatories and document demands

    11/3/17     : Responses to first interrogatories and document demands

    11/17/17     : Motion to join new parties or amend the pleadings

 **TBD by Court**   : Status conference in courtroom 820

    2/28/18     : Completion of depositions

    3/14/18     : Identification of case-in-chief experts

    3/28/18     : Rule 26 disclosures for case-in-chief experts

    4/6/18     : Identification of rebuttal experts

    4/20/18     : Rule 26 disclosures for rebuttal experts

    5/21/18     : Commencement of summary judgment motion practice

 **TBD by Court**   : Pretrial conference in courtroom 820

                                         **SO ORDERED:**

                                         _____
                                         HON. STEVEN I. LOCKE
                                         United States Magistrate Judge