UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SHERMAN BELL,

                Plaintiff,

  -against-

P.O. KEVIN HIGBIE, P.O. MICHAEL MULLEN
And COUNTY OF NASSAU,

                Defendants.
----------------------------------------------------------------x

17-CV-1911 (JFB))(SIL)

**JOINT PROPOSED SCHEDULING ORDER**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 07 2017 ★
LONG ISLAND OFFICE

Honorable Steven I. Locke:

### DEADLINES & COURT APPEARANCES

- __8/25/17__ : Exchange of Rule 26(a)(1) disclosures
- __9/25/17__ : Service of first interrogatories and document demands
- __11/3/17__ : Responses to first interrogatories and document demands
- __11/17/17__ : Motion to join new parties or amend the pleadings
- **TBD by Court** : Status conference in courtroom 820   *12/12/17 @ 11:30 a.m.*
- __2/28/18__ : Completion of depositions
- __3/14/18__ : Identification of case-in-chief experts
- __3/28/18__ : Rule 26 disclosures for case-in-chief experts
- __4/6/18__ : Identification of rebuttal experts
- __4/20/18__ : Rule 26 disclosures for rebuttal experts
- __5/21/18__ : Commencement of summary judgment motion practice
- **TBD by Court** : Pretrial conference in courtroom 820   *6/18/18 @ 11:30 a.m.*

~~SO ORDERED:~~

/s/ STEVEN I. LOCKE
HON. STEVEN I. LOCKE   8/7/17
United States Magistrate Judge